# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| PHYLLIS LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:14-0897 |
| | ) | Judge Trauger |
| PAUL MILLER, Administrator, *et al.*, | ) | Magistrate Judge Knowles |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

On May 28, 2014, the Magistrate Judge issued a Report and Recommendation (docket No. 13), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion to Dismiss certain defendants filed by the plaintiff (Docket No. 12) is **GRANTED**, and the plaintiff's claims against defendants Jeremy Grimes, Meridian and Foresight Health Services Holdings are **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(a)(2), Fed. R. Civ. P.

This case shall be returned to the Magistrate Judge for further handling under the origianl referral Order.

It is so **ORDERED.**

Enter this 23rd day of July 2014.

_____
ALETA A. TRAUGER
U.S. District Judge