# IN THE UNITED STATES DISTRICT COURT
# THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| Phyllis Lewis, | ) |
| | ) Case No. 3:14-cv-0897 |
| Plaintiff, | ) |
| | ) Judge Trauger |
| v. | ) Magistrate Judge Knowles |
| | ) |
| Paul Miller, | ) |
| | ) |
| Defendant. | ) |

## ENTRY OF DEFAULT

Pending is Plaintiff's third Request for Entry of Default against Defendant (Docket Entry No. 37). Service was performed upon Defendant on September 5, 2014, and a confirmation of personal service from a process server has been filed with the court (Docket Entry No. 31 at page 2). In addition, Plaintiff has filed an affidavit of military service that satisfies the requirements Servicemembers Civil Relief Act of 2003 (50 App. U.S.C. 501 et seq.)(Docket Entry No. 38). Defendant has failed to respond to the complaint against him within the time period allowed by law and the Entry of Default against him is now appropriate.

Accordingly, for the reasons stated above, the Clerk hereby enters default pursuant to Federal Rule of Civil Procedure 55(a) against Defendant Paul Miller. This is an entry of default only. No default judgment will be granted except upon further motion pursuant to the appropriate subsection of Federal Rule of Civil Procedure 55(b).

s/ *Keith Throckmorton*
Keith Throckmorton
Clerk of Court