IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PHYLLIS LEWIS,<br> Plaintiff, | ) | CASE NO. 3:14-0897 |
| | ) | JUDGE TRAUGER/KNOWLES |
| vs. | ) | |
| PAUL MILLER,<br>dba<br>GREENHILLS SENIOR HEALTH CENTER,<br>Defendant. | ) | |

RECEIVED
IN CLERK'S OFFICE
FEB 1 6 2016
U.S. DISTRICT COURT
MID. DIST. TENN.

Plaintiff is requesting a copy of the current docket for this case.

*Plaintiff has not received any notices from the defendant, defendant's employer or the court.*

Phyllis Lewis, Plaintiff

_____

3405 Old Anderson Rd. # 210

Antioch, TN. 37013

615-398-1029

msphyllislewis@att.net

Phyllis L Lewis
3405 Old Anderson Rd Unit 210
Antioch, TN 37013-1023



**RECEIVED**
**IN CLERK'S OFFICE**
FEB 1 6 2016
U.S. DISTRICT COURT
MID. DIST. TENN.

Clerk of Court US-
Middle Tn. District Court
#800 U.S. Courthouse
801 Broadway
Nashville Tn 37203

NASHVILLE TN 370
13 FEB 2016 PM 5 L